Case 2:20-mj-00488-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 02/05/20   Page 2 of 14
Page ID #:52

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: 2/7/20 8:15AM | Copy of warrant and inventory left with: Ken Arsenian |
|---|---|---|
| Inventory made in the presence of: SA Eric Brown ||| 

Inventory of the property taken and name of any person(s) seized:

See attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/20

_____
Executing officer's signature

Michael Impostato, Special Agent
Printed name and title

3301 CLAY PROPERTY ATTACHMENT:

- Apple MacBook Pro
- Apple Laptop
- Apple iPad
- Apple MacBook Pro
- Apple iMac
- Apple iPhone
- Safe deposit box documents
- Income tax records
- Pay-owe sheets
- Bank records
- Property documents
- Safe deposit keys (found in safe)
- Checks
- Bulk cash (office desk) -$16,459.00 USD
- Bulk cash (safe) -$325, 000 USD
- Blue pills
- Pink pill
- Green pill
- Bottled pills
- Clear plastic bags
- White capsules
- Clear plastic bag containing an unknown white substance
- Orange pills

Clear capsules containing an unknown white substance

"Gorilla Glue" cannabis

Green leafy substance