TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
3/2/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ib___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANTS | Nos. 20-MJ-00485<br>20-MJ-00487<br>20-MJ-00488<br>20-MJ-00489<br>20-MJ-00490<br><br>[~~PROPOSED~~] ORDER UNSEALING SEARCH WARRANTS |
|---|---|

    For good cause shown, IT IS HEREBY ORDERED THAT: The warrants, supporting affidavits, relevant applications, orders, seized electronic content, and any related pleadings filed under the above-captioned matters shall be UNSEALED.

    IT IS SO ORDERED.

_3/2/2022_            _/s/ Alex MacKinnon_
DATE            HONORABLE ALEXANDER F. MacKINNON
             UNITED STATES DISTRICT JUDGE

Presented by:

    _/s/ Jeff Mitchell_
JEFF MITCHELL
Assistant United States Attorney